IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.   4:07CR00111(1-2)-WRW

BRANDON WASHINGTON
KENT SMITH

### ORDER

Pending is the Government's Motion to Dismiss Indictment (Doc. No. 34). The Motion is GRANTED, and the Indictment is dismissed as to the defendants, Brandon Washington and Kent Smith.

IT IS SO ORDERED this 15th day of June, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

orddismindictment.wpd